# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 17-00332-PA (KKx) | Date | January 21, 2019 |
|---|---|---|---|
| Title | United States of America v. Ardent White | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge |
|---|---|

| Deb Taylor | RS-4 02-21-19 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff/Judgment Creditor: | Attorney Present for Defendant/Judgment Debtor: |
|---|---|
| Kathryn E. Van Houten | None |

**Proceedings:**      **ORDER TO SHOW CAUSE**

    Defendant and Judgment Debtor, Ardent White is ordered to appear on **April 25, 2019, at 10:00 a.m.** before this Court, located in Courtroom 4, 3rd floor, United States Courthouse, 3470 12th Street, Riverside, California 92501, and show cause why she should not be held in contempt of Court for her failure to attend a judgment debtor examination on February 21, 2019, 10:00 a.m.

cc:     Ardent White
        1157 Canyon Wood Drive
        Corona, CA 92881

:10

dts
Initials of Deputy Clerk